# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH CARPIO, ET AL | : |
| | : |
| v. | : CASE NO. 3:06 CV 78 (SRU) |
| | : |
| CHARTER OAK CARPENTRY, LLC | : |

## ORDER OF DISMISSAL

This case is hereby dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure because of plaintiffs' failure to prosecute.

The clerk is instructed to close the file.

It is so ordered.

Dated at Bridgeport this 8th day of June 2006.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge