UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

JOSE CARPIO, on his own behalf
and JOHN DOES 1-100,
    Plaintiffs,

v.

CHARTER OAK CARPENTRY, LLC
    Defendant.

CASE NO. 3:06-CV-00078-SRU

JULY 12, 2006

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, Jose Carpio and the defendant, Charter Oak Carpentry, LLC, through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed as to the named defendant in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

PLAINTIFF,
JOSE CARPIO

By: _____
Deborah D. Eddy (ct26752)
Eddy & Associates, PLLC
991 Post Road East
Westport, CT 06880
Tel. (203) 341-9808
Fax: (203) 341-8862
E-mail: deborah@eddyandassociates.com

DEFENDANT,
CHARTER OAK CARPENTRY, LLC

By: _____
Jessica L. Braus
Glass & Braus
2452 Black Rock Tpke, Ste 7
Fairfield, CT 06825
Tel. (203) 371-2213
Fax: (203) 371-2962
E-mail: jbraus@glassbraus.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Deborah D. Eddy (ct26752)
Eddy & Associates, PLLC
991 Post Road East
Westport, CT 06880
Tel. (203) 341-9808
Fax: (203) 341-8862
E-mail: deborah@eddyandassociates.com